# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER PREWITT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | **2:09-cv-912-AKK** |
| **ARROW FINANCIAL** ) | |
| **SERVICES, LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER AND ENTRY OF JUDGMENT

This case is before the court on Plaintiff's Motion to Enter Judgment against Defendant Arrow Financial Services, LLC ("Arrow Financial").  (Doc. 10). Plaintiff has advised the court that an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure has been made by Arrow Financial and accepted by Plaintiff.  (Doc. 10, Exhibit A).

Therefore, the court hereby enters a **FINAL JUDGMENT** in favor of Plaintiff and against Defendant Arrow Financial **in the amount of $5,000.00**, inclusive of attorney fees and costs, and **DISMISSES WITH PREJUDICE** Plaintiff's claims against Arrow Financial.  As Arrow Financial is the sole remaining defendant in this action, this action is hereby **DISMISSED.**

Done on this 3rd day of February, 2010.

                              **ABDUL K. KALLON**
                            UNITED STATES DISTRICT JUDGE